# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN COULTER, an individual; LEVI MALNAR, an individual; and SHILOH MALNAR, an individual<br><br>Plaintiffs,<br><br>v.<br><br>HARPER CONTRACTING, INC., a Utah corporation; RULON HARPER CONSTRUCTION, INC., a Utah corporation; HARPER COMPANIES, an unknown business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:   8:19-cv-01939-JLS-KES<br><br>*District Judge: Hon. Josephine L. Staton*<br>*Magistrate Judge: Hon. Karen E. Scott*<br>*Courtroom 10A*<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:   June 21, 2019<br>Trial Date:   None |

NOW, THEREFORE, the Parties by and through their respective counsel having stipulated, and good cause appearing, it is ordered that:

1. The instant action is hereby dismissed with prejudice pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATE: November 10, 2020

JOSEPHINE L. STATON
_____
The Honorable Josephine L. Staton,
Judge of the U.S. District Court